UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLINTON BELL | CIVIL ACTION |
| VERSUS | NO. 07-9369 |
| WARDEN, LOUISIANA STATE PRISON | SECTION: "N" (6) |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore, IT IS ORDERED that the petition of Clinton Bell for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, be, and the same is hereby DISMISSED WITH PREJUDICE as MOOT.

New Orleans, Louisiana, this 5th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE